

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr51 LG-JCG

FUNSO HASSAN  18 U.S.C. § 371

**The United States Attorney charges:**

On or about January 1, 2012, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **FUNSO HASSAN**, did knowing and willfully conspire with others known and unknown, to commit offenses against the United States, to wit

18 United States Code § 545 smuggling goods into the United States,

18 United States Code § 1341, mail fraud,

18 United States Code § 1343, wire fraud.

In violation of Sections 371 and 2, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 01 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____

COUNTY: Harrison/Jackson

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 1:15cr51 LG-JCG
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  _X_ NO

MATTER TO BE SEALED: ___ YES  _X_ NO

NAME/ALIAS: Funso Hassan

**U.S. ATTORNEY INFORMATION:**

AUSA  Annette Williams    BAR # 9641

INTERPRETER: _X_ NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**    ARREST DATE  6/2/15

_X_ ALREADY IN FEDERAL CUSTODY AS OF  6/2/15
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  1    _____ PETTY    _____ MISDEMEANOR    1  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 USC 371 | CONSPIRACY TO COMMIT OFFENSES AGAINST THE UNITED STATES | 1 |

Date: 1st July 2015    SIGNATURE OF AUSA: Annette Williams

Revised 2/26/2010